Troy P. Foster #017229
Haley R. Carr #035804
**The Foster Group, PLLC**
902 W. McDowell Road
Phoenix, Arizona 85007
Tel: 602-461-7990
tfoster@thefosterlaw.com
hcarr@thefosterlaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew D. Pinard, an individual, <br><br> Plaintiff, <br><br> v. <br><br> Bausch and Lomb, Inc., a New York corporation, <br><br> Defendant. | Case No.: 3:20-CV-08240-JJT <br><br> **MOTION TO UNSEAL** <br><br> **SEALED** |

Plaintiff Matthew Pinard respectfully moves the Court to unseal this case. Though there are underlying False Claims Act issues, Plaintiff raises only a retaliation claim pursuant to subsection 3730(h) of the statute and not a qui tam action. Moreover, the United States has already taken action in unrelated matters with respect to Defendant's underlying conduct.

**RESPECTFULLY SUBMITTED** this 23rd day of September, 2020.

                                              **The Foster Group, PLLC**

                                                /s/  *Troy Foster*
                                              Troy Foster
                                              Haley Carr
                                              902 W. McDowell Road
                                              Phoenix, Arizona 85007
                                              *Counsel for Plaintiff*

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  LRCivP 5.4
(Rule Number/Section)

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2020, I caused the foregoing document to be filed with the Clerk of Court via hand delivery.

/s/ *Christina Garcia*